IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      Case No. 4:15MJ3016 JTK

RICARDO MENDEZ                                                              DEFENDANT

## ORDER OF DISMISSAL

Pending before the Court is the Government's Motion to Dismiss the Complaint (DE #14). The Motion is GRANTED, and the Complaint is dismissed without prejudice. All pending motions are denied as moot.

SO ORDERED this 7th day of May, 2015,

_____
UNITED STATES MAGISTRATE JUDGE